TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00448-CV






John Mining d/b/a Fast Action Bail Bonds, Appellant


v.


Hays County Bail Board and Judge Howard S. Warner,

Chairman of the Bail Bond Board, Appellees







FROM THE DISTRICT COURT OF HAYS COUNTY, 207TH JUDICIAL DISTRICT

NO. 05-0593, HONORABLE JACK H. ROBISON, JUDGE PRESIDING





O R D E R

PER CURIAM

 We overrule John Mining's second emergency motion for temporary orders.

 It is ordered March 6, 2006.


Before Justices B. A. Smith, Patterson and Puryear

Do Not Publish